IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                             NO. 04-20336-Ma

GARY WOODARD,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's April 18, 2005, motion to continue the sentencing hearing. For good cause shown, the motion is granted. The sentencing of defendant Gary Woodard is **reset to Tuesday, May 24, 2005 at 9:00 a.m.**

It is so ORDERED this 18th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20336 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris Holt-Randle
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT