IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 04-20336-Ma

GARY WOODARD,

   Defendant.

## ORDER RESETTING SENTENCING DATE

Before the court is the government's May 23, 2005 motion to continue the sentencing hearing. For good cause shown, the motion is granted. The sentencing of defendant Gary Woodard is **reset to Thursday, June 23, 2005 at 9:00 a.m.**

IT IS SO ORDERED this 23rd day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 5-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20336 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris Holt-Randle
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT